# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 2627 Disciplinary Docket No. 3 |
| | : | |
| ANDREA D. GOODRICH | : | No. 102 DB 2019 |
| | : | |
| | : | Attorney Registration No. 75528 |
| | : | |
| | : | (Bucks County) |

## ORDER

**PER CURIAM**

     **AND NOW**, this 28th day of February, 2020, on certification by the Disciplinary Board that Andrea D. Goodrich, who was suspended for a period of six months, has filed a verified statement showing compliance with the order of suspension and Pa.R.D.E. 217, Andrea D. Goodrich is reinstated to inactive status in the Commonwealth.